ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com
           erik@packardlawoffices.com
           emily@packardlawoffices.com

ROBERT J. TUERCK (State Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, California 95971
Telephone: (530) 283-0406
Email:  Bob@jacksontuerck.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BAVARIAN AUTO RECYCLING, INC., a California corporation; BRYCE EAGLE, an individual; BRETT FRIEND, an individual; and, NELSON PARKER, an individual,<br><br>Defendants. | Case No. 2:11-CV-03371-LKK-KJN<br><br>STIPULATION TO DEEM SERVICE COMPLETE ON APRIL 17, 2012 AND DEFENDANTS' RESPONSE DUE MAY 8, 2012; ORDER<br><br>Judge: Hon. Lawrence K. Karlton |

**WHEREAS**, Plaintiff California Sportfishing Protection Alliance ("Plaintiff") filed its complaint ("Complaint") in this action on December 19, 2011;

**WHEREAS**, Plaintiff mailed Bavarian Auto Recycling, Inc., Bryce Eagle, Brett Friend, and Nelson Parker ("Defendants") a request to waive service of summons and all other complaint related documents, including the order setting status (pretrial scheduling) conference, on December 27, 2011;

2 of 3

**WHEREAS**, on January 25, 2012, in the interests of allowing the Parties time to explore settlement, Plaintiff and Defendants agreed to extend service out to the end of the 120-day window, as permitted by Federal Rule of Civil Procedure ("FRCP") 4(m), and deem service of the summons and any complaint related documents complete on April 17, 2012.  Further, the Parties agreed that Defendants' response to Plaintiff's complaint shall not be due until 21 days after this service, under FRCP 12(a)(1), on May 8, 2012;

**THEREFORE, IT IS HEREBY STIPULATED** by and among the Parties that Plaintiff shall be deemed to have perfected service of the complaint and any complaint related documents on April 17, 2012 and therefore Defendants' response to the complaint is due no earlier than 21 days after April 17, 2012, on May 8, 2012.


Dated: February 8, 2012                    Respectfully submitted,

                                           LAW OFFICES OF ANDREW L. PACKARD


                                           By: /s/ Emily Brand_____
                                           EMILY BRAND
                                           Attorneys for Plaintiff
                                           CALIFORNIA SPORTFISHING
                                           PROTECTION ALLIANCE

Dated: February 8, 2012                    LOCKE LORD LLP

                                           By: /s/ M. Taylor Florence_____
                                           M. TAYLOR FLORENCE
                                           (As authorized on February 8, 2012 – L.R. 131)
                                           Attorneys for Defendants
                                           Bavarian Auto Recycling, Inc., *et al*.

## ORDER

Pursuant to Stipulation, it is ORDERED that Plaintiff meets its service requirements and service on Defendants of the complaint and any related documents is deemed complete on April 17, 2012, and Defendants' response is due May 8, 2012.

Dated:   February 17, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT