1  ANDREW L. PACKARD (State Bar No. 168690)
   ERIK ROPER (State Bar No. 259756)
2  EMILY J. BRAND (State Bar No. 267564)
   Law Offices of Andrew L. Packard
3  100 Petaluma Blvd. N Ste 301
   Petaluma, CA 94952
4  Tel: (707) 763-7227
   Fax: (415) 763-9227
5  E-mail: andrew@packardlawoffices.com

6  Attorneys for Plaintiff CALIFORNIA
   SPORTFISHING PROTECTION ALLIANCE
7

8                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
9

10

11  CALIFORNIA SPORTFISHING                Case No. 2:11-CV-03371-LKK-KJN
    PROTECTION ALLIANCE, a non profit
12  corporation,
                                           **STIPULATION TO DISMISS**
13              Plaintiff,                 **PLAINTIFF'S CLAIMS WITH**
                                           **PREJUDICE; ORDER GRANTING**
         vs.                               **DISMISSAL WITH PREJUDICE [FRCP**
14                                         **41(a)(2)]**
    BAVARIAN AUTO RECYCLING, INC.,
15  a California corporation; BRYCE
    EAGLE, an individual; BRETT FRIEND,
16  an individual; NELSON PARKER, an
    individual,
17

18              Defendants.

19

20  TO THE COURT:

21          Plaintiff California Sportfishing Protection Alliance ("PLAINTIFF" or "CSPA"), and

22  Defendants Bavarian Auto Recycling, Inc., Bryce Eagle, Brett Friend and Nelson Parker

23  (collectively, "DEFENDANTS"), Parties in the above-referenced matter, stipulate as follows:

24          **WHEREAS**, on or about October 20, 2011, CSPA provided DEFENDANTS with a

25  Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the

26  Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

27          **WHEREAS**, on December 19, 2011, CSPA filed its Complaint against DEFENDANTS

28  in this Court, *California Sportfishing Protection Alliance v. Bavarian Auto Recycling, Inc., et al.*

1  (USDC, E.D. Cal., Case No. 2:11-CV-03371-LKK-KJN) and said Complaint incorporated by

2  reference all of the allegations contained in CSPA's 60-Day Notice Letter;

3      **WHEREAS**, CSPA and DEFENDANTS, through their authorized representatives and

4  without either adjudication of CSPA's claims or admission by DEFENDANTS of any alleged

5  violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations

6  of CSPA as set forth in CSPA's 60-Day Notice Letter and Complaint, thereby avoiding the costs

7  and uncertainties of further litigation.  A copy of the Parties' proposed settlement agreement

8  ("Settlement Agreement") entered into by and between CSPA and DEFENDANTS is attached

9  hereto as Exhibit A and incorporated by reference.

10      **WHEREAS**, CSPA submitted the Settlement Agreement via certified mail, return receipt

11  requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day

12  review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the

13  agencies.

14      **NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between

15  the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be

16  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties

17  respectfully request an order from this Court dismissing such claims with prejudice.  In

18  accordance with Paragraph 2 of the Consent Agreement, the Parties also request that this Court

19  retain and have jurisdiction over the Parties through September 30, 2014, for the sole purpose of

20  resolving any disputes between the parties with respect to enforcement of any provision of the

21  Settlement Agreement.

22

23

24

25

26

27

28

1

Dated:                                        LAW OFFICES OF ANDREW L. PACKARD

2

3
                                              By:___/s/_____
4                                             Emily J. Brand
                                              Attorneys for Plaintiff
5                                             CALIFORNIA SPORTFISHING PROTECTION
                                              ALLIANCE
6

7   Dated:                                    LOCKE LORD, LLP

8
                                              By:__/s/_____
9                                             M. Taylor Florence
                                              (As authorized on , 2012 – L.R. 131)
10                                            Attorneys for Defendants
                                              BAVARIAN AUTO RECYCLING, INC., *et al.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants BAVARIAN AUTO RECYCLING, INC., BRYCE EAGLE, BRETT FRIEND and NELSON PARKER as set forth in CSPA's 60-Day Notice Letter and Complaint filed in Case No. 2:11-CV-03771-LKK-KJN, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Settlement Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

Dated:  June 20, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT